# Cox Padmore Skolnik & Shakarchy LLP

Attorneys at Law

**Laleh Hawa, Esq.**
**Admitted in**
**New York and**
**New Jersey**

November 14, 2022

Honorable Evelyn Padin
United States District Court for the
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

       Re: Green Star Energy Solutions, LLC v. Edison Properties, LLC, et. al.
         Docket No.: 2:21-cv-18267-EP-JSA (the "Action")

Dear Judge Padin:

  We are counsel of record for the Plaintiff in the Action. We have received notice from our client that it has discharged our firm as counsel in the Action.

  We have been advised by our client that it will be retaining new counsel. Our client has further requested that we secure a 60 day stay of all proceedings on its behalf so that it can retain new counsel in this matter.

  Accordingly, we respectfully request that this Honorable Court issue an order relieving us as counsel for the Plaintiff and for granting a 60 day stay to allow the Plaintiff to secure new counsel.

  Thank you.

            Respectfully submitted,

            */s/ Laleh Hawa*
            Laleh Hawa

630 Third Avenue  23rd Floor  New York, NY 10017-6735  212-953-6633  212-949-6943 (Telefax)
www.cpsslaw.com

A Partnership including Limited Liability Partnerships

Denver      Great Neck      Hackensack
303-839-9191     516-829-1080     201-489-0050

**Honorable Evelyn Padin**
**November 14, 2022**
**Page 2**

Cox Padmore Skolnik
& Shakarchy LLP
Attorneys at Law

cc:   VIA EMAIL
      Green Star Energy Solutions, LLC
      120 Walnut Tree Hill Road
      Sandy Hook, Connecticut 06482

      VIA CM/ECF
      Brach Eichler LLC
      *Attorneys for Defendants*
      101 Eisenhower Parkway
      Roseland, New Jersey 07068