<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREEN STAR ENERGY SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NEWARK WAREHOUSE URBAN RENEWAL, LLC, EDISON PROPERTIES, LLC, EDISON CONSTRUCTION MANAGEMENT, LLC, and PASQUALE SURIANO,<br><br>    Defendants. | No. 21cv18267 (EP) (JSA)<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION** |

Before this Court is the May 24, 2024 Report and Recommendation ("R&R") of the Honorable Jessica S. Allen, U.S.M.J. ("Judge Allen"), D.E. 112, recommending that Plaintiff's Second Amended Complaint be dismissed *without prejudice* based on the failure of Plaintiff Green Star Energy Solutions, LLC, unrepresented by counsel, to comply with Court orders and prosecute its case.  The parties were advised that, pursuant to Fed. R. Civ. P. 72(b)(2), they could file objections to Judge Allen's R&R within 14 days.  No objections have been received.  The Court has reviewed the R&R *de novo*, and for good cause shown,

**IT IS**, on this **10th** day of June 2024,

**ORDERED** that the May 24, 2024 R&R of Judge Allen, D.E. 112, is **ADOPTED** as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's Second Amended Complaint is dismissed *without prejudice* pursuant to Fed. R. Civ. P. 41(b); and it is finally

**ORDERED** that the Clerk of Court shall send a copy of this Order to Plaintiff by regular mail and mark this case **CLOSED**.

Dated: June 10, 2024

                                                  Evelyn Padin, U.S.D.J.